

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

---

*Bradley A. Harsch*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*bradley.harsch@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2090*

July 8, 2026

**BY ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, NJ 08608

> Re:  *Quezada v. Soto, et al.,* **Civil No. 26-7279 (RK);**
> **Outcome of Bond Hearing.**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's July 1, 2026, Text Order, ECF No. 5, to report that Petitioner received an individualized bond hearing yesterday—within the period provided in the Court's Text Order. At that hearing, the immigration court denied Petitioner's request for release from custody under bond, finding that he did not meet his burden of establishing he is not a flight risk. *See* Exhibit A.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

Bradley A. Harsch
Assistant U.S. Attorney
*Attorneys for Respondents*

cc:    Counsel of record (by ECF)

This matter shall be marked CLOSED.

So Ordered,

Robert Kirsch, U.S.D.J.
Date: _____7/14/26_____